The petitioner also alleges that in 1965 his waiving of a grand jury indictment and his subsequent nolo plea were not intelligently and willingly made. These issues can only be resolved by an evidentiary hearing.

The petition for habeas corpus is granted and the cause is remanded to the Superior Court where the court after considering the evidence adduced shall make appropriate findings and decide the issues raised herein.

*John F. Lallo, John P. Toscano, Jr.,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

February 9, 1971.

M. P. No. 1205. MAURICE DANDENEAU *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus and motion for appointment of counsel other than Public Defender are denied. *Maurice Dandeneau,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1212. JOSEPH A. CHAREST, JR. *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus granted, petition consolidated for hearing with M. P. No. 1251, *State v. Plante. John P. Toscano, Jr.,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1251. STATE *v.* EDWARD G. PLANTE. Petition for writ of habeas corpus granted, petition consolidated for hearing with M. P. No. 1212, *Charest v. Howard. Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Moses Kando,* Asst. Public Defender, for defendant-petitioner.

M. P. No. 1271. MEREDITH M. EIDAM *v.* LUTHER P. EIDAM *et al.* Motion for leave to file petition for certiorari denied. *Mar-*